1  JOHN B. BULGOZDY, Cal. Bar No. 219897
   bulgozdyj@sec.gov
2  DAVID M. ROSEN, Cal. Bar No. 150880
   rosend@sec.gov
3
4  Attorneys for Plaintiff
   Securities and Exchange Commission
5  Rosalind Tyson, Acting Regional Director
   Michele Wein Layne, Associate Regional Director
6  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036
7  Telephone: (323) 965-3998
   Facsimile: (323) 965-3815
8

9                    UNITED STATES DISTRICT COURT
10              FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  SECURITIES AND EXCHANGE
    COMMISSION,                        Case No. EDCV 06-63-VAP (SGLx)
13
                  Plaintiff,           STIPULATION AND [PROPOSED]
14                                     ORDER TO DISMISS
         v.                            REMAINING CLAIMS AGAINST
15                                     FORTRESS FINANCIAL GROUP,
    JEFFREY A. RICHIE and              INC. PURSUANT TO FED. R. CIV.
16  FORTRESS FINANCIAL GROUP,          P. 41(a)(1)
    INC.,
17
                  Defendants.
18

19

20
        Plaintiff Securities and Exchange Commission stipulates to the dismissal of
21
   the remaining claims against Fortress Financial Group, Inc. ("Fortress"), pursuant
22
   to the terms of its settlement with defendant Jeffrey A. Richie, the majority
23
   shareholder and former Chief Executive Officer of Fortress.
24
        Defendant Richie represents that Fortress is a defunct entity with no
25
   operations, and further represents that Richie is terminating the registration of
26
   Fortress as a corporation.
27
   ///
28

1  Accordingly, the parties stipulate to the dismissal with prejudice of the
2  remaining claims against Fortress.
3
4  Dated: 4-17-08                            /s/ John B. Bulgozdy
5                                            John B. Bulgozdy
                                             Attorney for Plaintiff
6                                            Securities and Exchange Commission
7
   Dated: 4/22/08                            /s/ Robert C. Rosen
8                                            Robert C. Rosen
                                             John Wallace
9                                            Rosen & Associates
                                             Attorney for Defendants
10                                           Jeffrey A. Richie and
                                             Fortress Financial Group, Inc.
11
12
13    **IT IS SO ORDERED.**
14
15  Dated:_____
16                                           THE HON. VIRGINIA A. PHILIPS
                                             U.S. DISTRICT COURT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY A. RICHIE and FORTRESS FINANCIAL GROUP, INC.,<br><br>    Defendants. | Case No. EDCV 06-63-VAP (JCRx)<br><br>**ORDER DISMISSING REMAINING CLAIMS AGAINST FORTRESS FINANCIAL GROUP, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Jeffrey A. Richie and Fortress Financial Group, Inc. ("FFGI"), have stipulated pursuant to Fed. R. Civ. P. 41(a)(1) to dismiss remaining claims against FFGI, upon the representation of Richie that Fortress is a defunct entity with no operations and Richie is terminating the registration of the corporation,

IT IS HEREBY ORDERED that the claims against Defendant Fortress Financial Group, Inc. are dismissed pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED.**

DATED: _____

    _____
    THE HON. VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE